IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Diana M. Quezergue )
_____ )
_____ )
**Name of Plaintiff** )
 )  Case No. _____
v. )  (To be assigned by Clerk)
 )  Jury Demand ☐ Yes ☐ No
Alive Hospice )
Imperial Gardens / Vanguard Healthcare )
Nursing Resource Solutions )
TN Rehabilitation Cent )
**Name of Defendant(s)** )

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, Diana M. Quezergue is a citizen of the United States and resides at

   1213 Williamsburg Drive , Hendersonville,
   Street address                                  City

   Sumner , TN , 37075, (615) 419-1071.
   County    State   Zip Code   Telephone Number

3. Defendant, (1) Alive Hospice-
   (2) Imperial Gardens o Vanguard Healthcare
   (3) TN Rehab Center                 resides at, or its business is located at
   (4) Nursing Resource Solution

   Street address (1) 1807 Patterson St, Nashville, TN
   (2) 306 W. Due West, Madison, TN
   (3) 460 9th Ave, Smryna, TN
   (4) 607 Due West Ave, Madison, TN

   County _____, State _____, Zip Code _____.
   (1) Davidson County
   (2) Davidson County
   (3) Rutherford County

(If more than one Defendant, list the name and address of each additional Defendant)

_____ see #3 page _____

4. Plaintiff sought employment from the Defendant[s] or was employed by the Defendant at

Street address SEE #3 , City _____ ,

_____ , _____ , _____ .
County     State     Zip Code

5. Defendant[s] discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about ①Dec. 15, 2011; ②Jan. 19th, 2012; ③Jan. 29, 2012; ④Feb. 2, 2012 approx
   Month         Day         Year

6. Plaintiff filed charges against the Defendant[s] with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about
   March       13th      2012 .
   Month       Day       Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on     March
                                                                                           Month
   26th       2012    , a copy of which Notice is attached.
   Day        Year

8. Because of Plaintiff's (1) __X__ race, (2) __X__ color, (3) _____ sex,

   (4) __X__ religion, (5) __X__ national origin, the Defendant:

    a. _____ failed to employ Plaintiff.

    b. _____ terminated Plaintiff's employment.

    c. _____ failed to promote Plaintiff.

    d. _____ retaliated against Plaintiff for having filed a charge of discrimination.

    e. __X__ other. Explain: genetic information (education), harassments, authority abuse; tampering with my application process, genetic testings and information; retaliation in reporting Program Manager; intimidation from staff workers and NRS co-workers; age; appearance, swiftness.

9. The circumstances under which Defendant(s) discriminated against Plaintiff were as follows:

I am a 52 year old black female from New Orleans with French and Asian Ancestry (creole culture). Employed as an LPN in hopes of earning an honest living in TN. Workers questioned me personally and get angry when I do not answer their personal questions; blamed for misconduct in workplace, violent, and a drug addict; and being an abusive nurse. ~~Threatened~~ hair texture, speech, and skin color difference among race and culture. Suspicious ~~my~~ activities when finding employment or applying for employment; my EEOC case mishandled and not confidential; too old and too slow for some workers

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

    a. __X__ are still being committed by Defendants

    b. _____ are no longer being committed by Defendant.

    c. __X__ may still be being committed by Defendants

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. _____ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. \_\_\_X\_\_\_ order other equitable or injunctive relief: \_\_\_?\_\_\_

_____.

e. _____ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

f. _____ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _____.

g. \_\_\_X\_\_\_ direct that Defendant pay Plaintiff punitive damages in the amount of \_\_\_?\_\_\_ because Defendant(s) engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

_____
(Signature of Plaintiff)

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Diana M. Quezergue<br>5161 Rice Road<br>Apartment 280<br>Antioch, TN 37013 | From: | Nashville Area Office<br>220 Athens Way<br>Suite 350<br>Nashville, TN 37228 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 494-2012-01044 | Jamila Mims, Investigator | (615) 736-7263 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____  MAR 2 3 2012
Sarah L. Smith,                  *(Date Mailed)*
Area Office Director

Enclosures(s)

cc:

TENNESSEE REHABILITATION CENTER
460 9th Street
Smyrna, TN 37167

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Diana M. Quezergue<br>5161 Rice Road<br>Apartment 280<br>Antioch, TN 37013 | From: | Nashville Area Office<br>220 Athens Way<br>Suite 350<br>Nashville, TN 37228 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 494-2012-01045 | Jamila Mims, Investigator | (615) 736-7263 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Sarah L. Smith* (signature)

Sarah L. Smith,
Area Office Director

MAR 2 3 2012

*(Date Mailed)*

Enclosures(s)

cc:

ALIVE HOSPICE
1807 Patterson Street
Nashville, TN 37203

EEOC Form 161 (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Diana M. Quezergue<br>5161 Rice Road<br>Apartment 280<br>Antioch, TN 37013 | From: | Nashville Area Office<br>220 Athens Way<br>Suite 350<br>Nashville, TN 37228 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 494-2012-01047 | Jamila Mims, Investigator | (615) 736-7263 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Sarah L. Smith* (signature)

Sarah L. Smith,
Area Office Director

MAR 2 3 2012
*(Date Mailed)*

Enclosures(s)

cc:

IMPERIAL GARDENS
306 West Due Ave
Madison, TN 37115

EEOC Form 161 (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Diana M. Quezergue
5161 Rice Road
Apartment 280
Antioch, TN 37013

From: Nashville Area Office
220 Athens Way
Suite 350
Nashville, TN 37228

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 494-2012-00789 | Jamila Mims, Investigator | (615) 736-7263 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Sarah L. Smith* (signature)

Sarah L. Smith,
Area Office Director

MAR 2 3 2012
*(Date Mailed)*

Enclosures(s)

cc:

NURSING RESOURCE SOLUTIONS
1908-B Church Street
Nashville, TN 37203

Case 3:12-cv-00513   Document 1   Filed 05/21/12   Page 8 of 8 PageID #: 8