IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DIANA M. QUEZERGUE | ) |
| | ) |
| v. | ) NO. 3-12-0513 |
| | ) JUDGE CAMPBELL |
| ALIVE HOSPICE, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 51), to which no Objections have been filed. Plaintiff also failed to respond to the pending Motions for Summary Judgment. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motions for Summary Judgment filed by Defendants Tennessee Rehabilitation Center (Docket No. 35), Vanguard Health Services, LLC and Imperial Manor Convalescent Center, LLC (Docket No. 41) and Alive Hospice, Inc. (Docket No. 45) are GRANTED, and Plaintiff's claims against those Defendants are DISMISSED with prejudice.

In addition, Plaintiff's claims against Defendant Nursing Resource Solutions are DISMISSED without prejudice in accordance with Fed. R. Civ. P. 4(m).

The Clerk is directed to close the file, and any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE